# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

DAVID PATTON II,

        Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT,

        Defendant.

2:16-cv-00363-GMN-VCF

**ORDER**

      The parties have informed the court that they have reached a settlement agreement (ECF NO. 11) and they would file closing documents by June 3, 2016.  To date, no closing document has been filed.

      Accordingly,

      IT IS HEREBY ORDERED that a status hearing is scheduled for 11:30 a.m., July 1, 2016, in courtroom 3C.  The status hearing will be vacated upon the filing of a proposed stipulation and order for dismissal.

      DATED this 16th day of June, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE