# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

***

DAVID PATTON,

        Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT,

        Defendant.

Case No. 2:16–cv–363–GMN–VCF

**ORDER**

This court set a hearing at 11:30am on July 1, 2016 in courtroom 3C. The purpose of this hearing to determine if a stipulation to dismiss had been filed. On June 28, 2016, the court entered an order grating the parties' stipulation for dismissal and ordering that this action be dismissed. (ECF No. 14)

ACCORDINGLY, and for good cause shown,

IT IS HEREBY ORDERED that the hearing set for 11:30am on July 1, 2016 in courtroom 3C is VACATED.

IT IS SO ORDERED.

DATED this 29th day of June, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE